169 A.3d 493

IN THE MATTER OF YANA SHTINDLER, AN ATTORNEY
AT LAW (ATTORNEY NO. 014322000)

September 29, 2017

## ORDER

This matter having been duly presented, it is ORDERED that **YANA SHTINDLER** of **BROOKVILLE, NEW YORK,** who was admitted to the bar of this State in 2001, and who was suspended from the practice of law for a period of one year retroactive to September 30, 2013, by Order of this Court filed January 12, 2017, be restored to the practice of law, effective immediately.